STATE v. McCORD

No. 568P00

Case below: 140 N.C. App. 634

Motion by the Attorney General for temporary stay allowed 22 December 2000 pending determination of the petition for discretionary review. Petition by the Attorney General for writ of supersedeas denied and temporary stay dissolved 1 February 2001. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Justice Edmunds recused. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Justice Edmunds recused.

STATE v. McEACHIN

No. 138P01

Case below: 142 N.C. App. 60

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 April 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001. Conditional petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 dismissed as moot 5 April 2001.

STATE v. McFADDEN

No. 132P01

Case below: 140 N.C. App. 604

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 5 April 2001. Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 April 2001.

STATE v. McKEITHAN

No. 556P00

Case below: 140 N.C. App. 422

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 February 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.